IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08CR107-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARLOS TORRES | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Plea Agreement" (Document No. 14) filed by the Government in this matter on October 3, 2008.

For good cause shown, and noting the reported consent of counsel for the Defendant, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Motion To Seal Plea Agreement (Document No. 14) is hereby **GRANTED**.

Signed: October 6, 2008

David C. Keesler
United States Magistrate Judge