# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08CR107

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **CARLOS TORRES.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion for Appointment of Interpreter. While the motion will be allowed, it is up to counsel to find and retain the interpreter. Having reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order. **See Standing Order, 1:08mc24**.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Appointment of Interpreter (#39) is **GRANTED,** and defendant is allowed to obtain the services of an interpreter at government expense to the extent such total costs will exceed $500. 18 U.S.C. 3006A(e).

Signed: December 28, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge